IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE SYKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 12–cv–0877–MJR–SCW |
| TODD COWAN, SHEL STILLWELL DAVIS, TIMOTHY VEATH, JASON VASQUEZ, MAILROOM SUPERVISOR SARAH, and ROSE BILLY | ) ) ) ) |
| | ) |
| Defendants. | ) |

# ORDER

**REAGAN, District Judge:**

After his *in forma pauperis* status was revoked (due to three "strikes" he had not reported), *pro se* Plaintiff's case was dismissed in November 2014. Now, in a six-page motion, Sykes requests "a copy of the three strikes" and reconsideration of whether he is in "imminent danger" for the purposes of 28 U.S.C. § 1915(g). His motion is **DENIED** at this time.

Litigants (indigent or not) are not entitled to free photocopies. *See Robinson v. Miscellaneous*, No. 09 C 0148, 2009 WL 1649697, at *4 (E.D. Wis. June 11, 2009) (quoting *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990)) (plaintiff was granted leave to proceed in the district court as a pauper, but that status waives only prepayment of fees and costs and security.... It does not give the litigant a right to have documents copied and returned to him at government expense.).

As indicated in the October 21 Order Revoking IFP Status (Doc. 80), Plaintiff's assessed strikes are from these three cases:

- *Sykes v. Alfon*, No. 08-cv-0076–DRH (S.D. Ill.)

1

- *Sykes v. Ameji*, No. 08-cv-2010–MPM (C.D. Ill.)
- *Sykes v. Feinerman*, No. 11–2106 (7th Cir.)

Plaintiff is free to seek, by filing separate motions in those cases, copies of the public docket sheets, but he should be prepared to pay 50 cents per page for such copies.

Insofar as Plaintiff's motion is one to reconsider, the Court finds Plaintiff's assertions conclusory and ill-founded. This civil rights case was aimed at correcting alleged interference with Plaintiff's mail and grievances, not remedying a medical problem. Further, the litany of medical problems Plaintiff points out is unsupported by even a single medical record. He has not shown he is under imminent danger of serious physical injury, and is therefore barred from proceeding IFP. **28 U.S.C. § 1915(g).**

Plaintiff's motion (**Doc. 84**) is **DENIED**.

**IT IS SO ORDERED.**

**DATE: 2/14/2014**         s/ *Michael J. Reagan*
                            **MICHAEL J. REAGAN**
                            United States District Judge